LAW OFFICES
## EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(800) 644-4673
(312) 419-0379 (FAX)

August 6, 2019

**VIA ELECTRONIC FILING**
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:  Verified Bill of Costs
     Docket # 18-2683cv

Dear Sirs/ Madams:

 The Fee Schedule for the Second Circuit Court of Appeals Effective September 1, 2018 provides for reproduction costs of $0.20 per page for costs sought under Federal Rules of Appellate Procedure Rule 39. Here, Plaintiff-Appellant's counsel, Edelman Combs Latturner & Goodwin, LLC, printed and reproduced the Appellant's opening and reply briefs as well as the three appendices in-house at its regular rate of $0.15 per page.

 The rate of $0.15 per page is the regular rate Appellant's counsel charges paying clients for reproduction costs. The per page rate of $0.15 represents the costs incurred by counsel for printing and copying. Appellant's counsel leases a copier and uses consumables such as paper and toner, and the maintenance of the copier and determined that the rate of $0.15 per page is a reasonable and accurate representation of the costs Appellant's counsel incurs for printing and copying.

                Respectfully submitted,


                Tiffany N. Hardy

Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **AFFIDAVIT**

I, Tiffany N. Hardy, do submit the foregoing statements under the penalty of perjury and pursuant to 28 U.S.C. § 1746. The foregoing representations concerning the costs of in-house printing are correct and were necessarily incurred in the appeal and that the services for which fees have been charged were actually and necessarily performed.

Tiffany N. Hardy
Attorney for Plaintiff-Appellant Gregory Hayles

SUBSCRIBED and SWORN to before me this 6th day of August 2019.

Notary Public

OFFICIAL SEAL
JESSICA DAGNER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/27/20

## CERTIFICATE OF SERVICE

      I, Tiffany N. Hardy, hereby certify that on August 6, 2019, I caused to be filed the foregoing document with the Clerk of the United States Court of Appeals for the Second Circuit via the court's CM/ECF System, which caused to be sent notification of such filing via electronic mail to the following parties:

Kelly Kalahar
Waldman, Kalahar & Associates, PLLC
P.O. Box 5162
Largo, FL 33779
(844)-899-4162
(844)-899-4162 (fax)
kelly@dwaldmanlaw.com

                                            s/ Tiffany N. Hardy
                                            Tiffany N. Hardy


Tiffany N. Hardy
Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark St., Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (fax)