# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of December, two thousand and nineteen.

Before:        Debra Ann Livingston,
                  Susan L. Carney,
                        *Circuit Judges*,
                  Richard M. Berman,
                        *District Judge*.*

_____

| | |
|---|---|
| Gregory Hayles, | **STATEMENT OF COSTS** |
|     Plaintiff - Appellant, | Docket No. 18-2683 |
| v. | |
| Aspen Properties Group, LLC, Waldman, Sagginario & Associates, PLLC, | |
|     Defendants - Appellees. | |

_____

    IT IS HEREBY ORDERED that costs are taxed in the amount of $1305.85 in favor of the Appellant.

                                                      For the Court:

                                                      Catherine O'Hagan Wolfe,
                                                      Clerk of Court



_____
*Judge Berman, of the United States District Court for the Southern District of New York, sitting by designation.